# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TAYLOR PETERSON, § § § | |
| Plaintiff, § § | |
| v. § | Case No. 6:20-cv-588-JDK |
| § | |
| TENANT TRACKER, INC., § § § | |
| Defendant. § § | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is Plaintiff Taylor Peterson's motion for reasonable costs and attorney's fees. Docket No. 31. The motion was referred to United States Magistrate Judge John D. Love for findings of fact and recommendations for disposition. Docket No. 36).

On September 30, 2021, Judge Love issued a Report recommending that the Court grant in part and deny in part Plaintiff's motion. Docket No. 37. Specifically, Judge Love recommended that Defendant Tenant Tracker, Inc. ("TTI") pay Plaintiff $5,918.06 in reasonable attorney's fees and $400 in costs. All parties received a copy of this Report via the Court's CM/ECF electronic filing system. To date, no objections to the Report have been filed, and the prescribed time period for filing objections has passed.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and

Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Here, no objections were filed in the prescribed period. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews his legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 37) as the findings of this Court. Plaintiff's motion (Docket No. 31) is **GRANTED-IN-PART** and **DENIED-IN-PART**. Defendant TTI shall pay Plaintiff the sum of $5,918.06 in reasonable attorney's fees and $400 in costs.

So **ORDERED** and **SIGNED** this **23rd** day of **October, 2021.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE